UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

-v-                                        25-MJ-649

I-V SHASKA ZOREZ, a/k/a
HANS CHRISTIAN PEREZ,
          Defendant.

## ORDER SEALING CRIMINAL COMPLAINT

A Criminal Complaint having been sought in the above matter and the government having sought an order sealing the Complaint and the underlying Affidavit, now for good cause shown, it is hereby

ORDERED that the Complaint and underlying Affidavit are hereby ordered sealed until the defendant named in the complaint is brought before this Court for an initial appearance, or until further order of the Court, but in any event, no later than six months from today's date, unless before that time further application is made and the Court extends the time for sealing.

DATED: Rochester, New York, November 12, 2025.

                                                               _____
                                                               HONORABLE MARK W. PEDERSEN
                                                               UNITED STATES MAGISTRATE JUDGE