AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
## for the
## Western District of New York

United States of America

v.

I-V SHASKA ZOREZ a/k/a Hans Christian Perez

_Defendant_

Case No. 25-MJ-649

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay **I-V SHASKA ZOREZ a/k/a Hans Christian Perez**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

knowingly and unlawfully possessing a firearm by an unlawful user of a controlled substance, in violation of Title 18, United States Code, Section 922(g)(3).

Date: November 12, 2025

_Issuing officer's signature_

City and State: Rochester, New York

HON. MARK W. PEDERSEN, U.S.M.J.
_Printed name and Title_

---

### Return

This warrant was received on (date) 11/14/25, and the person was arrested on (date) 11/14/25, at (city and state) Rochester, NY.

Date: 11/14/25

_Arresting officer's signature_

Deputy William J. Connell IV  4059
_Printed name and title_